IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60075
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO JOHNSON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:98-CR-52-2-B-B
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Mario Johnson argues that the district court clearly erred in holding him responsible for drugs seized from the residence of codefendant Archie Moore Williams because the court did not make a specific finding that Johnson and Williams were engaged in a jointly undertaken criminal activity. It is implicit from the record that the district court found that Johnson and Williams engaged in a jointly undertaken criminal activity. Because Johnson does not dispute that he sold cocaine base supplied by

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Williams from the porch of Williams' house and that Williams directed prospective purchasers to Johnson, he has failed to establish that the district court's determination is clearly erroneous.  United States v. Morrow, 177 F.3d 272, 302 (5th Cir. 1999); see U.S.S.G. § 1B1.3.

AFFIRMED.